1
2
3
4
5
6
7
8
9
10
11

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROSA TOSCANO,<br><br>Defendant. | Case No.  2:20-CR-523-PA-2<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |
|---|---|

On April 9, 2024, Defendant Rosa Toscano made her initial appearance on the petition for revocation of supervised release and warrant for arrest. Defendant submitted on the detention recommendation in the Pretrial Services Report.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☐ supervised release,

The Court finds that:

A. ☒ Defendant has not carried her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition include failures to follow instructions of Probation Officer, including failure to notify Probation Officer of changes in address, and failure to comply with court orders.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition include failure to participate in mental health treatment, and defendant has a criminal history that dates to 2008 that includes being under the influence of a controlled substance, vandalism and robbery.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: April 12, 2024

_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE